JOHN E. KING, respondent,

*v.*

ISADORE MARGOLIS et al., appellants.

[Decided September 17th, 1943.]

*Mr. Peter Cohn,* for the respondent.

*Mr. Aaron Heller,* for the appellants.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Lewis, and reported at *133 N. J. Eq. 61.*

*For affirmance*—THE CHIEF-JUSTICE, CASE, BODINE, DONGES, HEHER, PERSKIE, PORTER, COLIE, DEAR, WELLS, RAFFERTY, HAGUE, THOMPSON, DILL, JJ. 14.

*For reversal*—None.